# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cr-00341-ELR-JKL
## USA v. Choukri
## Honorable Eleanor L. Ross

Minute Sheet for proceedings held In Open Court on 06/16/2022.

TIME COURT COMMENCED: 10:30 A.M.
TIME COURT CONCLUDED: 11:00 A.M.
TIME IN COURT: 00:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Elizabeth Cohn
CSO/DUSM: CSO Ricky Meadows
DEPUTY CLERK: Michelle Beck

| | |
|---|---|
| DEFENDANT(S): | [1]Aziz Choukri Present at proceedings |
| ATTORNEY(S) PRESENT: | Angela Adams representing USA<br>Tal Chaiken representing USA<br>William Cromwell representing Aziz Choukri<br>Lela Schmidt representing Aziz Choukri |
| PROCEEDING CATEGORY: | Change of Plea; |
| PLEADINGS FILED IN COURT: | Guilty Plea & Plea Agreement; Notice of Sentencing |
| MINUTE TEXT: | Court called to order. Defendant were sworn. Court addressed Defendant regarding his background and education. Court discussed Defendant's immigration status. Defendant was advised of his rights, charge, penalties, and special assessment. Government verified signatures of the parties on the Guilty Plea & Plea Agreement, as well as summarized the facts of the case. Defendant entered a guilty plea to Count 1 of the indictment. Limited Waiver of Appeal was given and is contained in the plea agreement. Court found that Defendant understands the proceedings, and that his plea of guilty is made freely and voluntarily. Sentencing is SCHEDULED for September 14, 2022 at 10:30am. The criminal jury trial scheduled for June 27, 2022 at 9:00 am is CANCELED. Defendant is on bond and his conditions were modified to include a GPS standalone monitor. Defendant was given notice of sentencing. Hearing concluded. |
| HEARING STATUS: | Hearing Concluded |

| | |
|---|---|
| ADDL HEARING(S) SCHEDULED: | Sentencing Hearing set for September 14, 2022 at 10:30 am in Courtroom 1708; |