# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AZIZ CHOUKRI,<br>BOP Reg. #63892-509, | * MOTION TO VACATE<br>* 28 U.S.C. § 2255 |
| Petitioner, | * |
| v. | * CRIMINAL ACTION NO.<br>* 1:21-CR-342-ELR |
| UNITED STATES OF AMERICA, | * CIVIL ACTION NO.<br>* 1:23-CV-4750-ELR |
| Respondent. | * |

_____

# **O R D E R**

_____

This matter is before the Court for consideration of the Report and Recommendation ("R&R") of Magistrate Judge John K. Larkins. [Doc. 98]. Petitioner filed a *pro se* §2255 Motion. [Doc. 69]. Judge Larkins recommends that the § 2255 motion [Doc. 69] be (1) **GRANTED IN PART** as to Ground 2(2) only, and that Petitioner be allowed to file an out-of-time appeal in accordance with the procedure described in United States v. Phillips, 225 F.3d 1198 (11th Cir. 2000), and (2) **DISMISSED IN PART WITHOUT PREJUDICE** as to all other grounds presented. Judge Larkins also recommends that a Certificate of Appealability be denied.

After conducting a careful and complete review of a magistrate judge's findings and recommendations, a district court judge may accept, reject, or modify a magistrate judge's R&R. 28 U.S.C. § 636(b)(1)(C); Williams v Wainwright, 681 F.2d 732 (11th Cir. 1982). No objections to the magistrate judge's R&R have been filed, and therefore, the Court has reviewed the R&R for plain error. See United States v Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no error.

Accordingly the Court **ADOPTS** the R&R [Doc. 98] as the Opinion and Order of this Court.  For the reasons stated in the R&R, the Court (1) **GRANTS IN PART** as to Ground 2(2) only, and that Petitioner be allowed to file an out-of-time appeal in accordance with the procedure described in United States v. Phillips, 225 F.3d 1198 (11th Cir. 2000), and (2) **DISMISSES IN PART WITHOUT PREJUDICE** as to all other grounds presented. Additionally, the Court **DECLINES** to issue a certificate of appealability. The Court **DIRECTS** the Clerk to **CLOSE** the civil case associated with Petitioner's § 2255 Motion: Civil Action No. 1:23-CV-4750-ELR.

**SO ORDERED**, this 7th day of April, 2025.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia